**92–1120.** Akron v. Rowland. *Summit County*, No. 15307. On motion for leave to file *amicus* of American Civil Liberties Union of Ohio. Motion granted.

MOYER, C.J., dissents because the motion is out of rule.

RESNICK, J., dissents.